IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:20-cr-00065-GHD-DAS

BILLY RAY MCLEOD   DEFENDANT

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendant's motion to dismiss for improper venue [28] is DENIED; trial of this cause shall commence on Monday, August 9, 2021, at 9:30 a.m. in the United States Federal Courthouse in Oxford, Mississippi.

SO ORDERED, this, the 8 day of July, 2021.

_____
SENIOR U.S. DISTRICT JUDGE